**DISMISS; Opinion Filed February 21, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-00279-CV

### YVONNE BROWN, Appellant
### V.
### FALLS ON CLEARWOOD, Appellee

**On Appeal from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-10-07137-A**

## MEMORANDUM OPINION
Before Justices Moseley, Francis, and Lang
Opinion by Justice Moseley

On December 5, 2013, we ordered appellant to file her brief no later than December 27, 2013. On January 8, 2014, when appellant still had not filed her brief, we directed her to file the brief and an extension motion within ten days. We cautioned appellant that failure to do so would result in dismissal of her appeal. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not complied or otherwise communicated with the Court. Accordingly, we dismiss the appeal. *See id.* 38.8(a)(1), 42.3(b),(c).

110279F.P05

/Jim Moseley/
JIM MOSELEY
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

YVONNE BROWN, Appellant

No. 05-11-00279-CV          V.

FALLS ON CLEARWOOD, Appellee

On Appeal from the County Court at Law
No. 1, Dallas County, Texas
Trial Court Cause No. CC-10-07137-A.
Opinion delivered by Justice Moseley.
Justices Francis and Lang participating.

     In accordance with this Court's opinion of this date, we **DISMISS** the appeal.
     We **ORDER** that appellee Falls on Clearwood recover its costs, if any, of this appeal from appellant Yvonne Brown.


Judgment entered this 21st day of February, 2014.


/Jim Moseley/
JIM MOSELEY
JUSTICE